FILED

NOV - 3 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

      vs.

DIANA ACUNA,

                Defendant.

Case No. 16CR1187-WQH

JUDGMENT AND ORDER OF
DISMISSAL OF INFORMATION,
EXONERATE BOND AND
RELEASE OF PASSPORT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated: 11/3/2017

Hon. Peter C. Lewis
United States Magistrate Judge